# United States District Court
## Western District of North Carolina
### Charlotte Division

| | | |
|---|---|---|
| Derrick Lorenzo Hamilton**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:12-cv-00128-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| USA**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 10, 2014 Order.

April 10, 2014

*Frank G. John*

Frank G. Johns, Clerk
United States District Court